

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gary Wayne Sutton, Appellant

No. 06-23-00083-CR     v.

The State of Texas, Appellee

Appeal from the 12th District Court of Walker County, Texas (Tr. Ct. No. 30308). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Gary Wayne Sutton, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 9, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk